# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA                                              PLAINTIFF

v.                              No. 4:23-cv-309-DPM

S&J CONSTRUCTION COMPANY, INC.;
JCA, LLC; FOREST OAKS
DEVELOPMENT, LLC; ACJ RENTAL
COMPANY, LLC; and LUTRICIA K.
SMITH                                                           DEFENDANTS

## JUDGMENT

Travelers' complaint is dismissed with prejudice. The Court retains jurisdiction until 10 June 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

10 April 2025